IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO EASTERN
DIVISION

| | |
|---|---|
| Joseph Riffle | Chapter 7 Proceedings |
| Candace Riffle | Case No.: 21-60250 |
| | Judge Russ Kendig |
| Debtor(s) | |

**MOTION FOR EXEMPTION FROM COMPLETING FINANCIAL MANAGEMENT COURSE FOR DEBTOR, JOSEPH RIFFLE**

Now come Debtors, by and through undersigned counsel, to hereby request this Court for an Order to excuse Debtor, Joseph Riffle, from completing the Financial Management Course necessary to obtain his discharge.

Debtors filed this bankruptcy case on March 03, 2021. Debtor, Joseph Riffle, is currently incarcerated and it is unlikely he will make bail. As Debtor's attorney, I spoke with his defense attorney regarding the policies at the Stark County detention center and he informed me that inmates do not have access to computers and cannot be on the phone for more than fifteen minutes at a time. With the Financial Management Course at or above two hours, taking the course for Debtor is not possible. In the event Debtor is released, Counsel will advise Mr. Riffle to enroll in a financial management course after he is situated.

WHEREFORE Debtors pray that this Court enter an Order allowing Debtor, Joseph Riffle, to be excused from completing the Financial Management Course.

Respectfully submitted,
/s/ Jennifer Donahue

Jennifer Donahue (0095827)
Attorney for Debtors
Rauser & Associates
401 W. Tuscawaras Ave, Suite 400
Canton, OH 44702
(330) 456-6505
(330) 456-6506 fax

## NOTICE OF MOTION

Debtor(s) have filed papers with the Court for an Order allowing Debtor, Joseph Riffle, to be exempt from completion of the financial management course.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the motion, then on or before **August 2, 2021** you or your attorney must:

**File with the Court a written request for a hearing and a written response explaining your position at:**

        Clerk of Courts
        United States Bankruptcy Court
        Ralph Regula Federal Building and U.S. Courthouse
        401 McKinley Avenue, SW
        Canton, OH 44702

If you mail your request and response to the court for filing you must mail it early enough so the Court will receive it on or before the date stated above.

        **You must also mail a copy to:**
        Jennifer E. Donahue
        401 W. Tuscawaras St. #400
        Canton, OH 44702

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**
July 12, 2021         /s/ Jennifer E. Donahue
        Jennifer E. Donahue (0095827)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Motion and Notice has been served on or about July 12, 2021 to the following who are listed on the Court's Electronic Mail Notice List:

Jennifer Donahue, Lisa M. Barbacci, United States Trustee.

And by US mail to the parties listed below:

Joseph and Candace Riffle
715 McGregor St NW
Canton OH 44703

                                            /s/ Jennifer E. Donahue
                                            Jennifer E. Donahue (0095827)